Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-12-00378-CR

Dorothy **CONLEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A01-375
Honorable N. Keith Williams, Judge Presiding

PER CURIAM

Sitting:    Phylis J. Speedlin, Justice
            Rebecca Simmons, Justice
            Steven C. Hilbig, Justice

Delivered and Filed:  July 18, 2012

DISMISSED

Appellant has filed a motion to dismiss this appeal by withdrawing her notice of appeal.

The motion is signed by both appellant and her attorney.  *See* TEX. R. APP. P. 42.2(a).

Accordingly, we grant the motion and dismiss the appeal.  *See id.*

PER CURIAM

Do not publish